# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMAN ALKHAS SAATLOUI,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, FOOD, AND NUTRITION SERVICE,<br><br>        Defendant.<br>_____/ | Case No.  1:13-cv-01812-LJO-SKO<br><br>**ORDER THAT PLAINTIFF AMEND HIS APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS**<br><br>(Doc. No. 2) |

      Plaintiff Robert Varela is a prisoner proceeding pro se and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application, however, is deficient and must be amended.  Specifically, Plaintiff indicates that he is incarcerated, but fails to identify the name of the institution.  Additionally, Plaintiff marked boxes on the application form indicating he has received income from a business, profession, or other self-employment; rent payments, or interest; and/or pensions, annuity, or life insurance payments.  However, he has not described the amount he has received or what he expects to receive in the future, as required by the application form.  To be considered by the Court, Plaintiff must file an amended application to remedy the defects described above.

      Accordingly, IT IS HEREBY ORDERED that:

      1.     Plaintiff is ordered to AMEND his application to proceed in forma pauperis, consistent with this Order, within thirty (30) days from the date of service of this order; and

2. If Plaintiff fails to amend his application within thirty (30) days from the date of service of this order, the Court will recommend that Plaintiff's application for in forma pauperis status be denied.

IT IS SO ORDERED.

Dated:   **February 5, 2014**  	**/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE