# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMAN ALKHAS SAATLOUI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, FOOD, AND NUTRITION SERVICE,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:13-cv-01812-LJO-SKO<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. No. 4) |

On November 8, 2013, Plaintiff filed a complaint and a request to proceed *in forma pauperis*. (Doc. 2.) On February 25, 2014, Plaintiff supplemented his request to proceed without prepayment of fees. (Doc. 4.) Plaintiff's amended *in forma pauperis* application demonstrates entitlement to proceed without prepayment of fees. Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

　　Dated:   **March 18, 2014**　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE