BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMAN ALKHAS SAATLOUI, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA and DOES 1 through 50, </br></br> Defendants. | Case No. 1:13−CV−01812 LJO SMS </br></br> STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON |

    Plaintiff Edman Alkhas Saatloui ("Plaintiff") and Defendant United States of America ("United States") stipulate, by and through the undersigned counsel, to continue the date of the scheduling conference currently set for February 25, 2015 at 2:00 p.m. to March 4, 2015 at 2:00 p.m. before Magistrate Judge Snyder.

    The parties base this stipulation on good cause, as Plaintiff has just recently retained counsel who is familiarizing himself with this matter.

    Accordingly, the parties stipulate and agree to continue the scheduling conference as specified below, and base it on the above-stated good cause. The parties request the court to endorse this stipulation by way of formal order.

///

///

///

|  | Old Date | New Date |
|---|---|---|
| Scheduling Conference | February 25, 2015 | March 4, 2015 @2:00 |

Respectfully submitted,

Dated:  January 27, 2015

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY


/s/Alyson A. Berg
Alyson A. Berg
Assistant United States Attorney
Attorney for Defendant United States of America


Dated:  February 2, 2015

MICHAEL S. WARDA, A PROFESSIONAL LAW CORPORATION
(As authorized 2/2/15)

/s/Michael S. Warda
Michael S. Warda
Attorneys for Plaintiff Edman Alkhas Saatloui


**ORDER**

Having reviewed the stipulation submitted by the parties, the court continues the scheduling conference currently set for February 25, 2015 to March 4, 2015 at 2:00 p.m.


DATED:  February 2, 2015                    /s/ SANDRA M. SNYDER
                                            UNITED STATES MAGISTRATE JUDGE