BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMAN ALKHAS SAATLOUI, | Case No. 1:13−CV−01812 LJO/SMS |
| Plaintiff, | STIPULATION FOR DISMISSAL; ORDER |
| v. | |
| UNITED STATES OF AMERICA and DOES 1 through 50, | |
| Defendants. | |

     Plaintiff, Edman Alkhas Saatloui, and Defendant, United States, hereby agree to dismissal of this action with prejudice under Federal Rules of Civil Procedure 41(a).  The parties further stipulate and agree that each party is to bear his/its own attorneys fees and costs.

1  Dated:  July 21, 2015                    BENJAMIN B. WAGNER
2                                           UNITED STATES ATTORNEY

3                                           /s/Alyson A. Berg
4                                           Alyson A. Berg
                                            Assistant United States Attorney
                                            Attorney for Defendant United States of America
5
   Dated:  July 22, 2015                    MICHAEL S. WARDA, A PROFESSIONAL LAW
6                                           CORPORATION

7                                           /s/Michael S. Warda
                                            Michael S. Warda
8                                           Attorneys for Plaintiff Edman Alkhas Saatloui

9                              <u>**ORDER**</u>

10         The above stipulation is APPROVED, and this action is hereby DISMISSED WITH

11  PREJUDICE, each party to bear their own fees and costs.

12  IT IS SO ORDERED.

13     Dated:   **July 22, 2015**              **/s/ Lawrence J. O'Neill**
14                                           UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28